UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 24-108-DLB-HAI

MICHAEL D. PADGETT                                                                                PLAINTIFF

v.                          ORDER ADOPTING
                     RECOMMENDED DISPOSITION

KENTUCKY DEPARTMENT OF CORRECTIONS, et al.                        DEFENDANTS

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court upon the Recommended Disposition of Magistrate Judge Hanly A. Ingram (Doc. # 57), wherein he recommends that the Court deny Plaintiff Michael Padgett's Motion for Default Judgment. Judge Ingram concluded that Plaintiff did not properly move the clerk to enter Defendants' default, and the motion could not be granted as such. (*Id.* at 2). Judge Ingram found that Defendants' answer to Plaintiff's complaint had been filed for nearly two-and-a-half months before Plaintiff filed his motion for default judgment. (*Id.*). Finally, Judge Ingram concluded that, in the event Plaintiff argued that Defendants did not fully answer his complaint, that claim is unsupported by the record. (*Id.*). For these reasons, Judge Ingram recommended Plaintiff's motion be denied.

Plaintiff filed objections to Judge Ingram's Recommended Disposition that do not specifically address his Motion for Default Judgment. (*See* Doc. # 60). Indeed, Plaintiff's objections focus on Judge Ingram's September 4, 2025 Order where he granted Plaintiff's Motion to Compel (Doc. # 41) and denied Plaintiff's Motion for Sanctions (Doc. # 47). (Doc. # 60). While the Court does take notice that these arguments have been made,

1

Plaintiff's objections on these issues are not germane to the Recommended Disposition of his Motion for Default Judgment. Plaintiff offers no objections to Judge Ingram's findings regarding default judgment at any point in the record after Judge Ingram issued his Recommend Disposition.

Given that no pertinent objections have been offered, and the time for doing so has passed, the Court concludes that the Recommended Disposition is sound in all respects and will be adopted as the opinion of the Court.

Accordingly, **IT IS ORDERED** as follows:

(1) The Recommended Disposition of the United States Magistrate Judge (Doc. # 57) is **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Plaintiff's Motion for Default Judgment (Doc. # 40) is **DENIED**.

This 14th day of November, 2025.



Signed By:
*David L. Bunning*
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2024\24-108 Order Adopting Recommended Disposition.docx

2